UNITED STATES DISTRICT COURT(S)

FOR THE DISTRICT OF COLUMBIA, AND ALL 50 STATES

SAFRON HUOT,                                       Case: 1:17-cv-01417     (F-Deck)
                                                       Assigned To : Unassigned
        Plaintiff,                             Assign. Date : 7/10/2017
                                                       Description: Pro Se Gen. Civil   Jury Demand

V,

MONTANA STATE DEPARTMENT                   OUT OF DATE COMPLAINT
OF CHILD AND FAMILY SERVICES; et al.,

        Defendant(s),

Comes Now, Plaintiff, Safron Huot; Biological Birth Mother to B.J.T.H., and B.H.T.H. Respectfully Requests a Formal Hearing with the Right to a Jury Trial.

                                        I.        PARTIES

Plaintiff                  Safron Huot

                            211 N. Cedar Apt# 104

                            Anaconda, Montana  59711

                            (406) 560-2268

Defendant No. 1        Montana State Department of Child and Family Services

                            1400 E. Broadway St.

                            Helena, Montana  59601

                            (406) 444-5900



| | |
|---|---|
| Defendant No. 2 | Montana Supreme Court |
| | 215 N. Sanders |
| | P.O. Box 203001 |
| | Helena, Montana 59620 |
| | (406) 444-5490 |
| | |
| Defendant No. 3 | Deer Lodge County District Court of Montana |
| | 800 Main St. |
| | Anaconda, Montana 59711 |
| | (406) 563-4025 |
| | |
| Defendant No. 4 | Judge Ray Dayton |
| | 800 Main St. |
| | Anaconda, Montana 59711 |
| | (406) 563-4025 |
| | |
| Defendant No. 5 | Cal Boyal |
| | 118 E. 7th # 1 B |
| | Anaconda, Montana 59711 |
| | (406) 563-7972 |
| | |
| Defendant No. 6 | Cindy Johnson |
| | 118 E. 7th # 1 B |
| | Anaconda, Montana 59711 |
| | (406) 563-7972 |

| | |
|---|---|
| Defendant No. 7 | Deer Lodge Medical Center |
| | 1100 Hollenbeck Ln. |
| | Deer Lodge, Montana  59722 |
| | (406) 846-2212 |
| | |
| Defendant No. 8 | M.D. Wayne R. Martin |
| | Deer Lodge Medical Center |
| | 1100 Hollenbeck Ln. |
| | Deer Lodge, Montana  59722 |
| | (406) 846-2212 |
| | |
| Defendant No. 9 | Susanne M.Clague |
| | Clague Law Office, PLLC |
| | P.O. Box 3182 |
| | Butte, Montana  598702 |
| | (406) 782-0505 |
| | |
| Defendant No. 10 | Ben Krakowka |
| | County Attorney Office |
| | 800 Main St. |
| | Anaconda, Montana  59711 |
| | (406) 563-4019 |

Defendant No. 11        Susan Day, PH.D.

119 W. Front St. Suite 309

Missoula, Montana  59802

(406) 327-9992

Defendant No. 12        Dave Fenchak

Smelter City Family Development Center, Inc.

510 Spruce

Anaconda, Montana  59711

(406) 490-2380

Defendant No. 13        Mary Jo and Roger Fortner

800 Dempsey Rd.

Deer Lodge, Montana  59722

(406) 846-3491

## II.     JURISDICTION

A. Federal Question
B. Please See List of Attached Rules ,and Laws
C. Plaintiff(s) State of Citizenship,     Montana
   Defendant(s) State of Citizenship,    Montana

III. STATEMENT OF CLAIMS

Claim I. MONTANA DEPARTMENT OF CHILD AND FAMILY SERVICES

- To Keep the child within the home, and, or return the child back to the home as soon as possible.
- Fabricated Reports To The Court
- Contradictions Found Within Reports to the court
- No Holiday Visits or Extra Time Allowed
- Possibility of Tampering with Physical Evidence
- No Progress Reports Made Available
- A Mandatory Temporary Investigation Was Not Sought
- Petitions to Terminate Parental Custody
- Pushed for Termination within first 6 months
- Refused to Preserve the Child Parent Relationship
- Adopted My Children while the case was pending out of state

Claim II. MONTANA SUPREME COURT,

- 3 Appeals
- Not once, have I been, physically allowed to go to court.
- Not allowing me to speak
- Taking Part In Wrongfully Keeping My Children Away

Claim III. DEER LODGE DISTRICT COURT OF MONTANA

- Discrepancies Found Between Verbal and Written Transcripts
- Fabricating and Tampering With Physical Evidence
- All Verbal and Written Transcripts are to be requested upon court(s) discretion for Future Evidence

Claim IV.          Judge Ray Dayton

- Denied Termination of Appointed Counsel
- Personal Relationship between my Aunt Mary Jo Fortner, and my Uncle Larry Huber
- Knowing His Personal Opinion against me would cloud his better judgment it would have been best for him to respectfully step down, and put his Prudence above his Prejudice.  ( Oath Before Judgment)
- Terminated Parental Rights
- Adopted My Children

Claim V.           CAL BOYAL

- No Personal Knowledge relating to the Relationship between Mother and Sons
- Fabricated at least 3 Reports to the Court based on Hearsay
- Dated 1/11/12, 5/4/12, and 8/30/12
- Personal conflict with my Father

Claim VI.          CINDY JOHNSON

- Personal Relationship with My Aunt Mary Jo Fortner
- Multiple DUI's
- Permitted to travel to and from visits with my kids
- More time allowed her to travel with the kids, but not much time for our visits.
- Tampered with and fabricated visit progress notes

Claim VII.         DEER LODGE MEDICAL CENTER, M.D. WAYNE R. MARTIN,

- Written two Letters to the court
- Admitted to Hearsay within the letters
- No Personal Knowledge of the Facts presented within the letters
- Dated 6/12/12, Received 6/19/12, Claiming Well Child Check Up on 6/8/12
- Letters Presented Only Moments After Court Started 6/21/12

Claim VIII.    Susanne M. Clague

- To Represent what is best for my children's safety ,and well being
- No Personal Knowledge of Relationship Between The Children and Their Mother
- No Personal Knowledge of the parent(s)
- Judgment was to terminate Parental Rights

Claim IX.    Ben Krakowka

- Unfit to represent the rights to my children.

Claim X.    Susan Day

- Two False reports were made
- Received 4/6/11 and 6/8/12
- Couldn't diagnose me 4/6/11
- Gave Recommendations
- No Personal Knowledge
- Refused to let me record second test appointment

Claim XI.    Dave Fenchak

- Stated my Rights should be Terminated
- No Personal Knowledge of the Relationship Between Mother and Children
- Took Urine Samples

Claim XII.        Mary Jo and Roger Fortner

- Family
- Keeps the children away from me, and their sister
- Had M.D. Wayne R. Martin Fabricate Reports to the Court
- Knows I have never Hurt My Children
- Lies to the children
- Manipulative
- Compulsive
- Suicidal/ Homicidal
- Mentally Incapable of providing a healthy environment for the children
- Mary Jo Relinquished her rights to her daughter
- Roger has never had anything to do with his child
- Abusive
- Selfish
- MEDICALLY INCLINED
- Written False Reports to the Court for the Department
- Child Assessments stating Opinions over Facts  Dated 7/23/11, and 7/10/12
- Verbal , Physical, Mental, Spiritual, and Emotional Abuse
- Insufficient  Care for All Necessary Needs Of The Children

## IV.    RELIEF

Per Defendant-

MONTANA CHILD AND FAMILY PROTECTIVE SERVICES

- COMPLETE IMMUNITY FROM ANY FUTURE OCCURRENCES
- $700,000,000 TAX FREE FOR PSYCHOLOGICAL  VALUE EQUIVALENT TO TIME DISRUPTED AND DISTURBED
- $ 100,000,000 TAX FREE FOR PHYSICAL, EMOTIONAL, AND MENTAL DAMAGE
- NON-NEGOTIABLE

MONTANA SUPREME COURT

- FULL PARENTAL CUSTODY REINSTATED
- RECORD EXPUNGED
- $1,000,000 TAX FREE PER APPEAL DISMISSED

MONTANA DISTRICT COURT

- COMPLETE COPIES OF ALL VERBAL AND WRITTEN TRANSCRIPTS PERTAINING TO THIS CHILD NEGLECT CASE FROM 2011-2017
- PERSONAL CALENDAR FROM THE YEAR 2012
- $100,000,000 TAX FREE FOR TAMPERING AND FABRICATING EVIDENCE
- COURT RECORD EXPUNGED

JUDGE RAY DAYTON

- A LETTER TO BE WRITTEN APOLOGIZING FOR HIS PREJUDICE
- IF NO APOLOGY LETTER IS TO BE PRESENTED, A LETTER OF RESIGNATION WOULD BE SUFFICE AND A $100,000,000 TO BE DONATED AND SPLIT BETWEEN FAMILIES THAT HAVE BEEN WRONGFULLY TAKEN AWAY FROM THEIR LOVED ONES BY THE HONORABLE JUDGE RAY DAYTON

CAL BOYAL

- $ 10,000 FOR EACH LETTER PRESENTED TO THE COURT
- DONATED TO A BETTER LIFE PROGRAM FOR THE COMMUNITY

CINDY JOHNSON

- APOLOGY LETTER
- IF NO LETTER IS TO BE PRESENTED
- $1,000 FOR EVERY VISIT PROGRESS REPORT
- DONATED TO A BETTER LIFE PROGRAM FOR THE COMMUNITY

DEER LODGE MEDICAL CENTER – WAYNE R. MARTIN

- $50,000 TAX FREE PER LETTER WRITTEN PERTAINING TO MY CHILDREN
- NON-NEGOTIABLE

SUSAN CLAGUE

- LETTER APOLOGIZING FOR MISREPRESENTATION
- $100,000,000 TAX FREE DONATED TO A BETTER LIFE PROGRAM FOR CHILDREN AND THEIR FAMILIES.
- NON-NEGOTIABLE

BEN KRAKOKA

- IF HE IS WILLING TO WRITE A LETTER APOLOGIZING FOR MISREPRESENTATION, I WILL ASK FOR NOTHING MORE FROM HIM.
- IF NO LETTER IS TO BE RECEIVED A RESIGNATION LETTER WILL BE SUFFICE AND $100,000,000 TAX FREE TO BE DONATED AND SPLIT BETWEEN ALL CHILD FAMILY CASES HE HAS REPRESENTED IN THE PAST 10 YEARS.
- NON-NEGOTIABLE

SUZAN DAY

- $ 50,000 PER FABRICATED REPORT
- DONATED TO A BETTER LIFE PROGRAM FOR THE COMMUNITY

DAVE FENCHAK

- $50,000 FOR BEING A CONFLICT OF INTEREST
- DONATED TO A BETTER LIFE PROGRAM FOR CHILDREN AND THEIR FAMILIES

MARY JO AND ROGER FORTNER

- 3 APOLOGY LETTERS ADMITTING THE WRONG THEY HAVE DONE AND THE ABUSE THEY HAVE CAUSED.
- VISITATION TO START IMMEDIATELY
- MY GRANDMOTHERS RECIPES
- INCASE OF NO APOLOGY LETTERS, VISITATION, OR RECIPES
- $100,000 TAX FREE
- ALL PERSONAL PROPERTY TO BE SIGNED OVER TO B.J.T.H AND B.H.T.H

RELIEF IN TOTAL-

- FULL PARENTAL CUSTODY OF B.J.T.H AND B.H.T.H
- ALL COURT, LAWYER, AND LEGAL FEES TO BE SPLIT BETWEEN DEFENDANTS
- APOLOGY LETTERS
- RECORD EXPUNGED
- TAX FREE $
- IMMUNITY
- A BETTER LIFE PROGRAM GRANTED

Signed and Dated this 23rd Day of June, 2017

s/ *Safron Huot*

UNITED STATES DISTRICT COURT(S)

FOR THE DISTRICT OF COLUMBIA, AND ALL 50 STATES

SAFRON HUOT,

    Plaintiff,

V,                                                                                                CONSENT TO JURISDICTION

MONTANA STATE DEPARTMENT

OF CHILD AND FAMILY SERVICES; et al.,

    Defendant(s),

Consent to Jurisdiction

    Comes Now, Plaintiff, Safron Huot; Biological Birth Mother to B.J.T.H., and B.H.T.H. Hereby gives Consent to Jurisdiction for the Court(s), if any further Information, Documents, or Evidence is needed, please contact me directly. Sincerely Thank You,

                                            Safron Helen Virginia Huot

Signed, and Dated This 25th Day of June, 2017

                                                                     s/*Safron Huot*

Jafson Huot
121 N. Cedar Apt 104
Anaconda, MT 59711

U.S. District Court - District of Columbia
333 Constitution Avenue N.W. Room 1225
Washington, D.C. 20001