# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:17–cv–01417–UNA

HUOT v. MONTANA STATE DEPARTMENT OF CHILD AND FAMILY SERVICES et al
Assigned to: Unassigned
Demand: $800,000,000
Cause: 28:1983 Civil Rights

Date Filed: 07/10/2017
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**SAFRON HUOT**     represented by     **SAFRON HUOT**
211 N. Cedar
Apt# 104
Anaconda, MT 59711
PRO SE

V.

**Defendant**

**MONTANA STATE DEPARTMENT OF CHILD AND FAMILY SERVICES**

**Defendant**

**MONTANA SUPREME COURT**

**Defendant**

**DEER LODGE COUNTY DISTRICT COURT OF MONTANA**

**Defendant**

**RAY DAYTON**
*Judge*

**Defendant**

**CAL BOYAL**

**Defendant**

**CINDY JOHNSON**

**Defendant**

**DEER LODGE MEDICAL CENTER**

**Defendant**

**WAYNE R. MARTIN**
*M.D.*

**Defendant**

**SUSANNE M. CLAGUE**

**Defendant**

**BEN KRAKOWKA**

**Defendant**

**SUSAN DAY**

**Defendant**

**DAVE FENCHAK**

**Defendant**

**MARY JO FORTNER**

**Defendant**

**ROGER FORTNER**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/10/2017 | Ï | **Initiating Pleading & IFP Application Received on 7/10/17.** (td) (Entered: 07/21/2017) |
| 07/10/2017 | 1 | COMPLAINT against CAL BOYAL, SUSANNE M. CLAGUE, SUSAN DAY, RAY DAYTON, DEER LODGE COUNTY DISTRICT COURT OF MONTANA, DEER LODGE MEDICAL CENTER, DAVE FENCHAK, MARY JO FORTNER, ROGER FORTNER, CINDY JOHNSON, BEN KRAKOWKA, WAYNE R. MARTIN, MONTANA STATE DEPARTMENT OF CHILD AND FAMILY SERVICES, MONTANA SUPREME COURT filed by SAFRON HUOT.(td) (Additional attachment(s) added on 8/18/2017: # 1 Civil Cover Sheet) (js). (Entered: 07/21/2017) |
| 07/10/2017 | 2 | MOTION for Leave to Proceed in forma pauperis by SAFRON HUOT (td) (Entered: 07/21/2017) |
| 07/10/2017 | 3 | MOTION to Set Aside Adoption & Reinstate Full Parental Rights by SAFRON HUOT (td) (Entered: 07/21/2017) |
| 07/10/2017 | 4 | MOTION to Appoint Counsel by SAFRON HUOT (td) (Entered: 07/21/2017) |
| 07/10/2017 | 5 | NOTICE by SAFRON HUOT (td) (Entered: 07/21/2017) |
| 08/14/2017 | 6 | ORDER TRANSFERRING PRO SE CASE to the USDC for the District of Montana. Determination of whether plaintiff should be permitted to proceed further without pre−payment of fees to be decided by the Transferee Court. Signed by Judge Amy Berman Jackson on 8/10/2017. (zrdj) (Entered: 08/16/2017) |
| 09/06/2017 | Ï | Case transferred to the USDC for the District of Montana, pursuant to Court Order entered 08/14/2017. Sent to Court Electronically. (zrdj) (Entered: 09/06/2017) |